# IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF UTAH

## DEPOSIT OF UNCLAIMED FUNDS

| In re: MELODY SULZER Debtor(s). | CHAPTER # 7 BANKRUPTCY # 10-35230 |
|---|---|

The duly appointed and acting trustee of the above captioned bankruptcy estate represents to the court that:

__X__ **A** The following check(s) was/were issued to the creditor(s) listed below in the amount(s) listed. The check(s) was/were not cashed, and subsequently returned to the trustee, and the trustee stopped payment on said check(s), and/or

____ **B** The check(s) listed below represent small dividends payable to the court pursuant to Bankruptcy Rule 3010.

| **CREDITOR & ADDRESS (last known)** | **CHECK AMOUNT** |
|---|---|
| Ogden Regional Medical Center C/O B-Line LLC MS 550 PO Box 91121 Seattle, WA 98111-9221 | $258.77 |

The address(es) listed above constitutes the last known address of the creditor(s) in question. The check(s) in the amount(s) of **$258.77** represent said unclaimed funds is/are payable to the U.S. Bankruptcy Court.

DATED this 6th day of September, 2011.

_____/s/_____
Steven R. Bailey, Trustee